**Order entered August 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00141-CV

**AMBER ETTA BUMPUS, Appellant**

**V.**

**BRENT WADE FITZGERALD, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 773788**

## ORDER

On the Court's own motion, this case is **REMOVED** from submission on October 1, 2013. The case will be reset for submission in due course.

After further review of the record in this case, it appears that the record is incomplete and appellant's brief was prematurely filed. By order dated January 16, 2013 we determined appellant was entitled to proceed without payment of costs. In the same order we ordered the Hunt County District Court to file the clerk's record within twenty days. And, the clerk's record in this case has been filed. We did not, however, order the Court Reporter to file the reporter's record. Therefore, we **ORDER** Becky Wheeler, Official Court Reporter for the 196th Judicial District Court, to file within **TWENTY DAYS** of the date of this order either (1) the reporter's

record, or (2) written verification that appellant has not requested the reporter's record in this case.

Should the Court receive notification that the reporter's record has not been requested, the case will be submitted without a reporter's record on the brief filed by appellant on April 23, 2013. If appellant has already requested the reporter's record, appellant may amend her brief to comply with the Texas Rules of Appellate Procedure. Any such amended brief will be due within thirty days of the date the reporter's record is filed. No extensions of time to file an amended brief will be granted absent extraordinary circumstances.

We **DIRECT** the Clerk of the Court to send copies of this order by electronic transmission to Becky Wheeler, Official Court Reporter for the 196th Judicial District Court, and all parties to the appeal.


/s/     ELIZABETH LANG-MIERS
        JUSTICE